UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEON ANDRE BRACKENRIDGE,<br><br>    Plaintiff,<br><br>    v.<br><br>S.A.T.F. NEW CORCORAN CORRECTIONAL OFFICERS,<br><br>    Defendant. | Case No. 25-cv-02440-TSH<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate housed at California State Prison – Corcoran, Substance Abuse Treatment Facility ("CSP-SATF") has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. He has named as defendants "S.A.T.F. New Corcoran Correctional Officers in individual capacity" and "Delta Yard Buildings 3, 4, 1, as well as Adg-Seg/RHU New Corcoran SATF / Old Corcoran Adg-Seg/R.H.U." Dkt. No. 1 at 1-2. Plaintiff alleges that he is falsely imprisoned pursuant to a serious conspiracy and seeks to be released from his illegal confinement, as well as damages. *See generally* Dkt. No. 1. The events or omissions giving rise to Plaintiff's claim(s) appear to have occurred at CSP-SATF, and Defendants work at CSP-SATF. CSP-SATF is located in Corcoran, California. Corcoran is located in Kings County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b).

//
//
//
//
//

1    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.

2 § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern

3 District of California.  The Clerk is directed to close the case.

4    **IT IS SO ORDERED.**

6 Dated:   March 21, 2025

                                                           THOMAS S. HIXSON
                                                           United States Magistrate Judge

United States District Court
Northern District of California