UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEON ANDRE BRACKENRIDGE,<br><br>        Plaintiff,<br><br>    v.<br><br>S.A.T.F. NEW CORCORAN CORRECTIONAL OFFICERS,<br><br>        Defendants. | No. 1:25-cv-00352-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED ON MAY 20, 2025<br><br>(ECF No. 8) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On March 25, 2025, the Court ordered Plaintiff to submit a complete application to proceed in forma pauperis.  (ECF No. 7.)   Plaintiff failed to timely comply with the Court's order.  Therefore, on May 20, 2205, the Court ordered Plaintiff to show cause why the action should not be dismissed.  (ECF No. 8.)

On May 30, 2025, Plaintiff submitted a motion to proceed in forma pauperis.  (ECF No. 10.)  Inasmuch as Plaintiff has now filed a motion to proceed in forma pauperis, it is HEREBY ORDERED that the order to show cause issued on May 20, 2025, is DISCHARGED.  Plaintiff's motion to proceed in forma pauperis will be addressed by separate order.

IT IS SO ORDERED.

Dated:   **June 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1