UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEON ANDRE BRACKENRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>S.A.T.F. NEW CORCORAN CORRECTIONAL OFFICERS, et al.,<br><br>Defendants. | No. 1:25-cv-00352-SAB (PC)<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AS TO DOE DEFENDANTS<br><br>(ECF No. 19) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Based on a review of Plaintiff's second amended complaint, filed on August 4, 2025 (ECF No. 19), the Court finds that Plaintiff states a cognizable claim for excessive force against Defendant Does 1 and 2, correctional officers at the Substance Abuse Treatment Facility and State Prison, Corcoran (SATF).  However, due to the impossibility of serving unknown individuals, the Court cannot order service on the Doe Defendants until Plaintiff has identified them.

In the interest of judicial efficiency, the Court will allow Plaintiff to subpoena documents from SATF that may allow him to identify the Doe Defendants.  Once Plaintiff has completed and

1

returned form AO 88B and form USM-285, the Court will direct the United States Marshals Service to serve the subpoena on the California Department of Corrections and Rehabilitation. If and when Plaintiff is able to identify the Doe Defendants, he should file a motion to substitute the named individuals in place of the Doe Defendants no later than 90 days from the date of service of this order. If Plaintiff fails to identify the Doe Defendants, the action will be dismissed without prejudice.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of Form AO 88B;
2. Plaintiff has **thirty (30)** days from the date of service of this order to complete and return form AO88B. Plaintiff is advised that any request for a subpoena must be accompanied with specific factual details as to the identity and documentation requested to assist in the identification of the Doe Defendants to enable the responding party to comply therewith and to avoid any motion to quash the subpoena;
3. Plaintiff has **ninety (90)** days from the date of service of this order to file a motion to substitute a named Defendant in place of the Doe Defendants; and
4. Failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:   **October 2, 2025**

STANLEY A. BOONE  
United States Magistrate Judge