1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    KEON ANDRE BRACKENRIDGE,                     No.  1:25-cv-00352-SAB (PC)

12              Plaintiff,                          ORDER REGARDING PLAINTIFF'S
                                                    RETURN OF SUBPOENA, EXTENDING
13         v.                                       DEADLINE FOR ISSUANCE OF
                                                    SUBPOENA DUCES TECUM, AND
14    S.A.T.F. NEW CORCORAN                         DIRECTING CLERK OF COURT TO SEND
      CORRECTIONAL OFFICERS, et al.,                PLAINTIFF A NEW COPY OF FORM AO
15                                                  88B AND FORM USM-285

16              Defendants.                         (ECF No. 22)

17

18

19

20         Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

21    U.S.C. § 1983.

22         On October 2, 2025, the Court ordered service of Plaintiff's second amended complaint as

23    to Doe Defendants 1 and 2 (correctional officers at Substance Abuse Treatment Facility and State

24    Prison and State Prison, Corcoran [SATF]) for excessive in violation of the Eighth Amendment.

25    (ECF No. 21.)

26         Because a Doe Defendant cannot be served, the Court allowed Plaintiff to subpoena

27    documents from the prison to allow him to identify the Doe Defendants, and the Court sent

28    Plaintiff the form AO 88B and form USM-285, for completion and return.  (Id.)  The Court

                                                    1

1 | specifically advised Plaintiff "that any request for a subpoena must be accompanied with specific

2 | factual details as to the identity and documentation requested to assist in the identification of the

3 | Doe Defendants to enable the responding party to comply therewith and to avoid any motion to

4 | quash the subpoena[.]"  (Id. at 2:10-14.)

5 | On October 14, 2025, Plaintiff returned the form AO 88B subpoena and form USM-285.

6 | (ECF No. 22.)  However, Plaintiff did not complete either the form AO 88B subpoena or form

7 | USM-285.  (Id.)  To this end, Plaintiff is advised that on the AO 88B form, in the section that

8 | beings with "To: (Name of person to whom this subpoena is directed)," Plaintiff should identify

9 | the person or entity he is seeking the documents from. Because Plaintiff is seeking information

10 | about correctional officers at SATF, their employer, SATF, appears to be the logical recipient of

11 | the subpoena.

12 | In the blank space between the lines starting with "production" and "place," Plaintiff

13 | should identify the documents he is seeking that would assist him in identifying and serving the

14 | Doe 1 and 2, correctional officers at SATF.

15 | The "place" and date and "time of the production" boxes refer to the date on which the

16 | documents should be produced to the Plaintiff and the address of where the documents should be

17 | sent, such as the place of his incarceration or his residence.

18 | Plaintiff should not fill out Proof of Service section of the AO 88B form, it will be

19 | completed by the U.S. Marshalls after they serve the subpoena. Similarly, Plaintiff should not fill

20 | out the section of the USM-285 form that is marked "Space Below for Use of U.S. Marshal Only

21 | – Do Not Write Below this Line."

22 | The "Serve At" Section on the USM-285 form should match "To:" section on the AO

23 | 88B form, providing the name and address of the person or entity to whom subpoena is directed,

24 | such as SATF.

25 | Once Plaintiff has completed and returned Forms AO 88B and USM-285, the Court will

26 | review the documents and, if they are correctly completed, the Court will direct the United States

27 | Marshals Service to serve the subpoena.

28 | ///

1      Accordingly, it is HEREBY ORDERED that:

2      1.      The Clerk of Court shall send Plaintiff a copy of form AO 88B and form USM-

3              285;

4      2.      Plaintiff has **thirty (30)** days from the date of service of this order to complete and

5              return forms AO88B and USM-285.  Plaintiff is advised that any request for a

6              subpoena must be accompanied with specific factual details as to the identity and

7              documentation requested to assist in the identification of the Doe Defendants to

8              enable the responding party to comply therewith and to avoid any motion to quash

9              the subpoena;

10     3.      Plaintiff has **ninety (90)** days from the date of service of this order to file a motion

11             to substitute a named Defendant in place of the Doe Defendants; and

12     4.      Failure to comply with this order will result in a recommendation to dismiss the

13             action.

14

15     IT IS SO ORDERED.

16     Dated:    **October 16, 2025**                                    _____

STANLEY A. BOONE
17                                                                        United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28