UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEON ANDRE BRACKENRIDGE, | No. 1:25-cv-00352-SAB (PC) |
| Plaintiff, | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE KEON ANDRE BRACKENRIDGE, CDCR #BS-8167 |
| v. | |
| SATF CORRECTIONAL OFFICERS, | |
| Defendants. | |

A settlement conference in this matter commenced on June 1, 2026. Inmate Keon Andre Brackenridge, CDCR #BS-8167, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: June 1, 2026

_____
UNITED STATES MAGISTRATE JUDGE

1